FILED - USDC -NH
2024 MAR 25 PM 4:03

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) No. 1:24-cr-32-PB-AJ-01 |
|---|---|
| | ) |
| | ) Count 1: Distribution of a Controlled Substance |
| v. | )          [21 U.S.C. § 841(a)] |
| | ) Count 2: Possession of a Firearm by a Prohibited |
| JOSEPH TAYLOR | )          Person |
| | )          [18 U.S.C. § 922(g)(1)] |
| | ) Count 3: Receiving an Unregistered Firearm |
| | )          [26 U.S.C. §§ 5845(a), 5861(d)] |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**
[21 U.S.C. § 841(a)(1), (b)(1)(c) – Distribution of a Controlled Substance]

On or about January 18, 2024, in the District of New Hampshire, the defendant,

JOSEPH TAYLOR,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**
[18 U.S.C. §§ 922(g)(1), 924(a)(2) – Possession of a Firearm by a Prohibited Person]

On or about February 5, 2024, in the District of New Hampshire, the defendant,

JOSEPH TAYLOR,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm in and affecting interstate commerce: a Glock, Model 19Gen5, 9x19mm, semiautomatic pistol, serial number: AGKA654. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## COUNT THREE
[26 U.S.C. §§ 5845(a), 5861(d) – Possessing an Unregistered Firearm]

On or about February 5, 2024, in the District of New Hampshire, the defendant,

JOSEPH TAYLOR,

knowingly possessed a 3D-printed machine gun conversion device, which is a firearm as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), that was not registered to him in the National Firearms Registration and Transfer Record. All in violation of Title 26, United States Code, Section 5861(d).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses.

Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C.§ 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses.

Dated: March 25, 2024

> JANE E. YOUNG
> United States Attorney
> District of New Hampshire
>
> By: *[signature]*
> Matthew T. Hunter
> Assistant U.S. Attorney

2